# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**UNITED STATES OF AMERICA**

**V.**

**GLORIA SCHULZE**

*(Name and Address of Defendant)*

**CRIMINAL COMPLAINT**

CASE NUMBER: 95-3341 M

---

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 15, 1995, in the District of Arizona,** defendant(s) did,:

*(Track Statutory Language of Offense)* **knowingly travel in interstate commerce from the State of Arizona to avoid prosecution on charges filed in the Superior Court of Arizona, in and for the County of Maricopa, of Manslaughter, a Class 2 Dangerous Felony (Count 1) and Endangerment, Class 6 Dangerous Felonies (Counts 2-4), in violation of A.R.S. §§ 13-1101, 13-1103, 13-1201, 13-812, 13-604(P), 13-801, 13-701 and 13-702.**

in violation of Title **18**, United States Code, Section(s) **1073**. I further state that I am *(Insert title and agency of complainant)*

**Special Agent, Federal Bureau of Investigation,** and that this complaint is based on the following facts:

**This complaint is based on information that SCHULZE committed these acts on July 29, 1994. SCHULZE is believed to be residing with relatives in the Mission Viejo, California, area.**

Continued on the attached sheet and made a part hereof: ☐ Yes  ☐ No

AUTHORIZED BY: AUSA W. ALLEN STOOKS *WAS*

DONALD J. ROSENBERGER
Name of Complainant

Signature of Complainant

Sworn to before me and subscribed in my presence,

12/1/95
Date

at Phoenix, Arizona
City and State

BARRY G. SILVERMAN, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer